**Motion Granted and Order filed November 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00580-CV

_____

## IN THE ESTATE OF ROSA ELVIA GUERRERO, DECEASED

---

**On Appeal from Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 388,367-401**

---

## ORDER

On November 5, 2014, appellant Mike Hall Chevrolet, Inc. d/b/a AutoNation Chevrolet Highway 6 f/k/a Champion Chevrolet Highway 6 filed a motion to stay the underlying trial court proceedings, including discovery, pending resolution of appellant's motion for reconsideration en banc.

It appears from the facts stated in the motion that appellant will be prejudiced unless relief is granted. We therefore **GRANT** appellant's motion and issue the following order:

We **ORDER** all proceedings, including discovery, in trial court cause number 388,367-401 **STAYED** until a final decision by this court on appellant's motion for reconsideration en banc.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Wise. (Frost, C.J., would deny the motion.)